```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 05663
   BRIDGETT V MADISON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6514

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 03/10/2008 and was not confirmed.

     The case was dismissed without confirmation 11/12/2008.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
-----------------------------------------------------------------------------
BELL AUTO LEASING        UNSEC W/INTER    NOT FILED          .00         .00
BANK ONE                 CURRENT MORTG         .00           .00         .00
BANK ONE                 MORTGAGE ARRE    20000.00           .00         .00
FRANKLIN CREDIT MANAGMEN CURRENT MORTG         .00           .00         .00
FRANKLIN CREDIT MANAGMEN SECURED NOT I   41799.71            .00         .00
BELL AUTO LEASING        SECURED NOT I    3517.90            .00         .00
DANIEL M MOULTON         DEBTOR ATTY      2,100.00                    890.88
TOM VAUGHN               TRUSTEE                                       69.12
DEBTOR REFUND            REFUND                                          .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                     960.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   890.88
TRUSTEE COMPENSATION                              69.12
DEBTOR REFUND                                       .00
                          -------------      -------------
TOTALS                      960.00                960.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 02/25/09           _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```